IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01418-MSK-MJW

COLUMBIA PICTURES INDUSTRIES, INC., ET AL.,

Plaintiff(s),

v.

DOES 1-3,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Plaintiff's Motion to Vacate Scheduling/Planning Conference (docket no. 9) is **DENIED.**  The Plaintiff has sufficient time before the Rule 16 Scheduling Conference on September 29 2005, to identify the defendants, serve the defendants, meet and confer with the defendants and prepare of the proposed Rule 16 Scheduling Order.  It should be noted that this court has also granted this day by separate written order the Plaintiff's Amended Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (docket no. 5).

Date:  August 9, 2005