IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01418-MSK-MJW

COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation;
WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

    Plaintiffs,

v.

DOES 1 - 3,
whose true names are unknown,

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE
( Docket No. 5 )

The Court has read all papers filed in connection with Plaintiffs' Amended Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, and considered the issues raised therein, including relevant privacy issues.

**IT IS HEREBY ORDERED** that the Amended Motion is granted.

**IT IS FURTHER ORDERED** that Plaintiffs may serve immediate discovery on Qwest Communications Corporation ("Qwest"), and/or any other entity that Qwest informs Plaintiffs was the entity providing network access or online services to the Doe Defendants, by serving Rule 45 subpoenas seeking information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control address for each Defendant.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order along with any subpoenas issued pursuant to this Order on any entity subpoenaed pursuant to this Order.

IT IS FURTHER ORDERED that if Qwest or any other entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so within fifteen (15) days of being served with it.

IT IS FURTHER ORDERED that Qwest or any other entity subpoenaed pursuant to this Order must give notice to their subscribers that this information is being sought, and that the subscriber shall have an opportunity to raise objections before this Court prior to the return date of the subpoena.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DONE AND ORDERED this 9TH day of August, 2005.

~~Dated:~~ _____

~~United States District~~ Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDG