IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01418-MSK-MJW

COLUMBIA PICTURES INDUSTRIES, INC.,
WARNER BROS. ENTERTAINMENT INC., and
TWENTIETH CENTURY FOX FILM CORP.,

    Plaintiffs

v.

DOES 1-3, whose true names are unknown,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER, coming before the Court on Plaintiffs' Notice of Voluntary Dismissal **(#13)**, and being fully advised in the premises,

IT IS HEREBY ORDERED that: the above-captioned matter against Doe Defendants 1-3 is hereby dismissed without prejudice; each side is to bear its own costs and attorneys' fees; and the case is now closed.

DATED this 22nd day of September, 2005.

                                                    **BY THE COURT:**

                                                    *Marcia S. Krieger*
                                                    _____

                                                    Marcia S. Krieger

United States District Judge